UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTOINE BRUCE, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>CONSTANCE REESE, et al., )<br>)<br>Defendants ) | Case No. 1:09-cv-02378-VEH-HGD |

**O R D E R**

On March 17, 2010, the plaintiff filed a motion seeking leave to file an amended complaint, but failed to include a copy of the proposed amendment. (Doc. #15). The plaintiff's motion was therefore denied. However, the plaintiff was allowed thirty (30) days to assert a new motion to amend, accompanied by his proposed amended complaint. He was advised that the proposed amended complaint should not refer back to the original complaint and that the court would consider only those claims that were properly set forth in the amended complaint.

Now pending before the court is the plaintiff's motion to file a first amended complaint. (Doc. #19). The plaintiff's motion is GRANTED to the extent that this action will proceed exclusively on the basis of claims asserted in the First Amended

Complaint (Doc. #19-1), and the Clerk is DIRECTED to file plaintiff's proposed First Amended Complaint as a separate document. The claims asserted in the original complaint (Doc. #1) are STRICKEN.

The Clerk is further DIRECTED to serve a copy of this order upon the plaintiff and upon counsel for the defendants.

DONE this 8th day of July, 2010.

HARWELL G. DAVIS, III<br>
UNITED STATES MAGISTRATE JUDGE